# UNITED STATES BANKRUPTCY COURT
### SOUTHERN **DISTRICT OF** MISSISSIPPI
### JACKSON **DIVISION**

In re: §
§
OLD AGENCY BUSINESS PARK, INC. §  Case No. 3:09-04101-NPO
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEREK A. HENDERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 6,020,000.00          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  2,807,392.13          Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  201,831.21

3) Total gross receipts of $ 3,009,223.34  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,009,223.34  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,365,311.26 | $ 5,894,911.09 | $ 5,894,941.09 | $ 2,807,392.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 171,408.21 | 201,831.21 | 201,831.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,742.81 | 2,742.81 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,476,119.80 | 2,853,773.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,365,311.26 | $ 9,545,181.91 | $ 8,953,288.50 | $ 3,009,223.34 |

4)  This case was originally filed under chapter 7 on  11/19/2009 .  The case was pending for 95 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/14/2017                    By:/s/DEREK A. HENDERSON
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 729,781.65 |
| Floodway Property | 1210-000 | 20,000.00 |
| Floodway Property | 1210-000 | 4,295.00 |
| TRACT 1C | 1210-000 | 362,056.56 |
| TRACT 1F | 1210-000 | 413,717.73 |
| TRACT 1H | 1210-000 | 521,716.76 |
| TRACT 1I | 1210-000 | 553,663.50 |
| TRACT 1J | 1210-000 | 403,955.93 |
| Post-Petition Interest Deposits | 1270-000 | 36.21 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,009,223.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Community Bank 6158 Old Canton Road Jackson, MS 39211 | | 328,345.93 | NA | NA | 0.00 |
| | Madison County Bk P.O. Box 1759 Madison, MS 39110 | | 207,899.10 | NA | NA | 0.00 |
| 6 | Bankfirst Financial | 4110-000 | NA | 391,605.30 | 391,605.30 | 0.00 |
| | BANKFIRST FINANCIAL SERVICES | 4110-000 | 365,101.37 | 393,717.73 | 393,717.73 | 393,717.73 |
| | BRITTON & KOONTZ | 4110-000 | NA | 533,633.50 | 533,663.50 | 533,663.50 |
| 3 | Britton & Koontz Ban, N. A. | 4110-000 | 483,901.52 | 492,909.51 | 492,909.51 | 0.00 |
| | CADENCE BANK | 4110-000 | NA | 501,716.76 | 501,716.76 | 501,716.76 |
| 14 | Cadence Bank | 4110-000 | 437,505.07 | 850,113.53 | 850,113.53 | 0.00 |
| 5 | Cadence Bank | 4110-000 | NA | 455,373.63 | 455,373.63 | 0.00 |
| 11 | Citizens National Bank | 4110-000 | 384,247.56 | 245,000.00 | 245,000.00 | 0.00 |
| 12 | Citizens National Bank | 4110-000 | 519,882.25 | 326,500.00 | 326,500.00 | 0.00 |
| | Payoff of Loan | 4110-000 | NA | 652,281.65 | 652,281.65 | 652,281.65 |
| | STATE BANK & TRUST COMPANY | 4110-000 | 250,757.82 | 342,056.56 | 342,056.56 | 342,056.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | State Bank & Trust Company | 4110-000 | NA | 326,046.99 | 326,046.99 | 0.00 |
| | WACHOVIA BANK | 4110-000 | 387,670.64 | 383,955.93 | 383,955.93 | 383,955.93 |
| TOTAL SECURED CLAIMS | | | $ 3,365,311.26 | $ 5,894,911.09 | $ 5,894,941.09 | $ 2,807,392.13 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEREK A. HENDERSON | 2100-000 | NA | 29,920.02 | 60,343.02 | 60,343.02 |
| DEREK A. HENDERSON | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| DEREK A. HENDERSON | 2300-000 | NA | 189.06 | 189.06 | 189.06 |
| RECORDING FEES | 2500-000 | NA | 12.00 | 12.00 | 12.00 |
| T. E. McDonald | 2500-000 | NA | 6,500.00 | 6,500.00 | 6,500.00 |
| Union Bank | 2600-000 | NA | 823.83 | 823.83 | 823.83 |
| UNION BANK OF CALIFORNIA | 2600-000 | NA | 1,524.04 | 1,524.04 | 1,524.04 |
| INTERNAL REVENUE SERVICE/UNITED STATES TREASURY | 2810-000 | NA | 13,518.14 | 13,518.14 | 13,518.14 |
| City/Town Taxes | 2820-000 | NA | 765.39 | 765.39 | 765.39 |
| Madison County Chancery Clerk | 2820-000 | NA | 4,144.91 | 4,144.91 | 4,144.91 |
| Madison County Tax Collector | 2820-000 | NA | 4,373.10 | 4,373.10 | 4,373.10 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MISSISSIPPI STATE TAX COMMISSION | 2820-000 | NA | 7,510.28 | 7,510.28 | 7,510.28 |
| Proration of 2017 Taxes - Parcel No. 071G-25A-001/10. 00 | 2820-000 | NA | 1,555.24 | 1,555.24 | 1,555.24 |
| DEREK A. HENDERSON | 3110-000 | NA | 43,599.93 | 43,599.93 | 43,599.93 |
| DEREK A. HENDERSON | 3120-000 | NA | 10,902.98 | 10,902.98 | 10,902.98 |
| Watkins & Eager PLLC | 3210-000 | NA | 3,600.00 | 3,600.00 | 3,600.00 |
| Watkins & Eager PLLC | 3220-000 | NA | 250.00 | 250.00 | 250.00 |
| TAYLOR AUCTION & REALTY, INC. | 3610-000 | NA | 32,250.00 | 32,250.00 | 32,250.00 |
| TAYLOR AUCTION & REALTY, INC. | 3620-000 | NA | 9,969.29 | 9,969.29 | 9,969.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 171,408.21 | $ 201,831.21 | $ 201,831.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Mississippi State Tax Commission | 5800-000 | NA | 2,742.81 | 2,742.81 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 2,742.81 | $ 2,742.81 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Cadence Bank | 7100-000 | NA | 244,567.12 | 240,530.00 | 0.00 |
| 4 | Cadence Bank | 7100-000 | NA | 850,113.53 | 283,930.00 | 0.00 |
| 11 | Citizens National Bank | 7100-000 | NA | 293,434.32 | 347,432.62 | 0.00 |
| 12 | Citizens National Bank | 7100-000 | NA | 88,287.47 | 162,545.88 | 0.00 |
| 1 | Guaranty Bank & Trust | 7100-000 | NA | 812,494.37 | 575,395.19 | 0.00 |
| 2 | Guaranty Bank & Trust | 7100-000 | NA | 262,211.60 | 318,928.31 | 0.00 |
| 10 | MS. Valley Title Ins. | 7100-000 | 0.00 | 569,173.78 | 569,173.78 | 0.00 |
| 7 | National Assoc. Wachovia Bank | 7100-000 | NA | 355,701.71 | 355,701.71 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Mississippi State Tax Commission | 7300-000 | NA | 135.90 | 135.90 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 0.00 | $ 3,476,119.80 | $ 2,853,773.39 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-04101         NPO | Judge:   Neil P. Olack |
| Case Name: | OLD AGENCY BUSINESS PARK, INC. | |
| For Period Ending: | 09/14/2017 | |

| | |
|---|---|
| Trustee Name: | DEREK A. HENDERSON |
| Date Filed (f) or Converted (c): | 11/19/2009 (f) |
| 341(a) Meeting Date: | 01/07/2010 |
| Claims Bar Date: | 03/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  3.0 Acres Ridgeland, MS | 600,000.00 | 0.00 | | 0.00 | FA |
| 2.  2.5 Acres Ridgeland, MS | 660,000.00 | 0.00 | | 0.00 | FA |
| 3.  4.0 Acres Ridgeland, MS | 800,000.00 | 0.00 | | 0.00 | FA |
| 4.  2.25 Acres Ridgeland, MS | 500,000.00 | 0.00 | | 0.00 | FA |
| 5.  3.0 Acres Ridgeland, MS | 600,000.00 | 29,352.37 | | 0.00 | FA |
| 6.  3.0 Acres Ridgeland, MS | 580,000.00 | 0.00 | | 0.00 | FA |
| 7.  3.0 Acres Ridgeland, MS | 750,000.00 | 0.00 | | 0.00 | FA |
| 8.  3.5 Acres Ridgeland, MS | 800,000.00 | 0.00 | | 0.00 | FA |
| 9.  3.0 Acres Ridgeland, MS | 730,000.00 | 0.00 | | 0.00 | FA |
| 10.  TRACT 1C (u) | 0.00 | 362,056.56 | | 362,056.56 | FA |
| 11.  TRACT 1F (u) | 0.00 | 413,717.73 | | 413,717.73 | FA |
| 12.  TRACT 1H (u) | 0.00 | 521,716.76 | | 521,716.76 | FA |
| 13.  TRACT 1I (u) | 0.00 | 533,633.50 | | 553,663.50 | FA |
| 14.  TRACT 1J (u) | 0.00 | 403,955.93 | | 403,955.93 | FA |
| 15.  Floodway Property (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 16.  Floodway Property  (u) | 0.00 | 4,295.00 | | 4,295.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 36.21 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $6,020,000.00        $2,288,727.85                        $2,279,441.69        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/28/16 - Another piece of property has to be sold. Lawsuits pending.
01/10/17 - The Judge entered an order allowing foreclosure to be set aside. State Court lawsuit has now been resolved. Will auction off final piece of property to be liquidated.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 5 | -- | Citizens Bank |
| RE PROP # | 10 | -- | Jon Christopher Evans, Case No. 09-03763-NPO, Docket No. 683, Attachment 2, Page 1 |
| RE PROP # | 11 | -- | Jon Christopher Evans, Case No. 09-03763-NPO, Docket No. 683, Attachment 2, Page 1 |
| RE PROP # | 12 | -- | Jon Christopher Evans, Case No. 09-03763-NPO, Docket No. 683, Attachment 2, Page 2 |
| RE PROP # | 13 | -- | Jon Christopher Evans, Case No. 09-03763-NPO, Attachment 2, Page 2 |
| RE PROP # | 14 | -- | Jon Christopher Evans, Case No. 09-03763-NPO, Attachment 2, Page 2 |
| RE PROP # | 16 | -- | Title Work paid by Buyer |

Initial Projected Date of Final Report (TFR): 12/31/2011          Current Projected Date of Final Report (TFR): 08/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101
Case Name: OLD AGENCY BUSINESS PARK, INC.

Taxpayer ID No: XX-XXX2799
For Period Ending: 09/14/2017

Trustee Name: DEREK A. HENDERSON
Bank Name: Union Bank
Account Number/CD#: XXXXXX0727
Money Market Account
Blanket Bond (per case limit): $31,981,268.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/10 | | MISSISSIPPI VALLEY TITLE INSURANCE COMPANY | Sale of Tract 1C Wire Transfer from MS Valley Title Ins. Co. and payoff to State Bank & Trust Co. | | $20,000.00 | | $20,000.00 |
| | | | Gross Receipts          $362,056.56 | | | | |
| | | STATE BANK & TRUST COMPANY | ($342,056.56) | 4110-000 | | | |
| | 10 | | TRACT 1C          $362,056.56 | 1210-000 | | | |
| 06/25/10 | | MISSISSIPPI VALLEY TITLE INSURANCE COMPANY | Sale of Tract 1F | | $20,000.00 | | $40,000.00 |
| | | | Gross Receipts          $413,717.73 | | | | |
| | | BANKFIRST FINANCIAL SERVICES | ($393,717.73) | 4110-000 | | | |
| | 11 | | TRACT 1F          $413,717.73 | 1210-000 | | | |
| 06/25/10 | | MISSISSIPPI VALLEY TITLE INSURANCE COMPANY | Sale of Tract 1H | | $20,000.00 | | $60,000.00 |
| | | | Gross Receipts          $521,716.76 | | | | |
| | | CADENCE BANK | ($501,716.76) | 4110-000 | | | |
| | 12 | | TRACT 1H          $521,716.76 | 1210-000 | | | |
| 06/25/10 | | MISSISSIPPI VALLEY TITLE INSURANCE COMPANY | Sale of Tract 1I | | $20,000.00 | | $80,000.00 |
| | | | Gross Receipts          $553,663.50 | | | | |
| | | BRITTON & KOONTZ | ($533,663.50) | 4110-000 | | | |
| | 13 | | TRACT 1I          $553,663.50 | 1210-000 | | | |

Page Subtotals:                                        $80,000.00            $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101

Case Name: OLD AGENCY BUSINESS PARK, INC.

Taxpayer ID No: XX-XXX2799

For Period Ending: 09/14/2017

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0727

Money Market Account

Blanket Bond (per case limit): $31,981,268.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/10 | | MISSISSIPPI VALLEY TITLE INSURANCE COMPANY | Sale of Tract 1J | | $20,000.00 | | $100,000.00 |
| | | | Gross Receipts          $403,955.93 | | | | |
| | | WACHOVIA BANK | ($383,955.93) | 4110-000 | | | |
| | 14 | | TRACT 1J          $403,955.93 | 1210-000 | | | |
| 06/30/10 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.100 | 1270-000 | $2.19 | | $100,002.19 |
| 07/30/10 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.100 | 1270-000 | $9.45 | | $100,011.64 |
| 08/02/10 | | Transfer to Acct# XXXXXX0735 | Transfer of Funds | 9999-000 | | $29,070.42 | $70,941.22 |
| 08/31/10 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.100 | 1270-000 | $6.37 | | $70,947.59 |
| 09/30/10 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.100 | 1270-000 | $5.82 | | $70,953.41 |
| 10/29/10 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.100 | 1270-000 | $5.63 | | $70,959.04 |
| 11/30/10 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.050 | 1270-000 | $3.30 | | $70,962.34 |
| 12/02/10 | | Transfer to Acct# XXXXXX0735 | Transfer of Funds | 9999-000 | | $7,652.75 | $63,309.59 |
| 12/31/10 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.050 | 1270-000 | $2.68 | | $63,312.27 |
| 01/31/11 | INT | UNION BANK OF CALIFORNIA | Interest Rate  0.000 | 1270-000 | $0.77 | | $63,313.04 |
| 04/11/11 | | Transfer to Acct# XXXXXX0735 | Transfer of Funds | 9999-000 | | $56.86 | $63,256.18 |
| 06/24/11 | 301 | DEREK A. HENDERSON 111 EAST CAPITOL ST., SUITE 455 JACKSON, MS  39201 | Attorney for Trustee Fees and Expenses per Court Order 06/20/11 | | | $3,841.76 | $59,414.42 |
| | | DEREK A. HENDERSON | ($3,514.58) | 3110-000 | | | |

Page Subtotals:                    $20,036.21          $40,621.79

Page: 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101

Case Name: OLD AGENCY BUSINESS PARK, INC.

Taxpayer ID No: XX-XXX2799

For Period Ending: 09/14/2017

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0727

Money Market Account

Blanket Bond (per case limit): $31,981,268.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | DEREK A. HENDERSON | ($327.18) | 3120-000 | | | |
| 09/26/11 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $145.04 | $59,269.38 |
| 10/25/11 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $145.04 | $59,124.34 |
| 11/02/11 | | Transfer to Acct# XXXXXX0735 | Transfer of Funds | 9999-000 | | $59,124.34 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $100,036.21 | $100,036.21 |
| Less: Bank Transfers/CD's | $0.00 | $95,904.37 |
| Subtotal | $100,036.21 | $4,131.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $100,036.21 | $4,131.84 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals:                    $0.00        $59,414.42

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101                                          Trustee Name: DEREK A. HENDERSON                    **Exhibit 9**

Case Name: OLD AGENCY BUSINESS PARK, INC.                  Bank Name: Union Bank

                                                           Account Number/CD#: XXXXXX0735

                                                           Checking Account

Taxpayer ID No: XX-XXX2799                                 Blanket Bond (per case limit): $31,981,268.00

For Period Ending: 09/14/2017                              Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/10 | | Transfer from Acct# XXXXXX0727 | Transfer of Funds | 9999-000 | $29,070.42 | | $29,070.42 |
| 08/02/10 | 1001 | DEREK A. HENDERSON 111 East Capitol, Suite 455 Jackson, MS  39201 | Attorney for Trustee Compensation per Court Order 08/02/10 | | | $29,070.42 | $0.00 |
| | | DEREK A. HENDERSON | ($26,459.90) | 3110-000 | | | |
| | | DEREK A. HENDERSON | ($2,610.52) | 3120-000 | | | |
| 12/02/10 | | Transfer from Acct# XXXXXX0727 | Transfer of Funds | 9999-000 | $7,652.75 | | $7,652.75 |
| 12/02/10 | 1002 | DEREK A. HENDERSON 111 East Capitol, Suite 455 Jackson, MS  39201 | Attorney for Trustee Compensation per Court Order 11/30/10 | | | $7,652.75 | $0.00 |
| | | DEREK A. HENDERSON | ($6,748.96) | 3110-000 | | | |
| | | DEREK A. HENDERSON | ($903.79) | 3120-000 | | | |
| 04/11/11 | | Transfer from Acct# XXXXXX0727 | Transfer of Funds | 9999-000 | $56.86 | | $56.86 |
| 04/11/11 | 1003 | DEREK A. HENDERSON 111 EAST CAPITOL ST., SUITE 455 JACKSON, MS  39201 | Bond Payment per Court Order 03/16/11 | 2300-000 | | $56.86 | $0.00 |
| 11/02/11 | | Transfer from Acct# XXXXXX0727 | Transfer of Funds | 9999-000 | $59,124.34 | | $59,124.34 |
| 12/27/11 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $140.12 | $58,984.22 |
| 01/25/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $145.04 | $58,839.18 |
| 02/02/12 | 1004 | INTERNAL REVENUE SERVICE/UNITED STATES TREASURY | Post petition taxes per Court Order 01/30/12. EIN 90-0112799; Tax period 2010; Form No. 1120 | | | $11,687.14 | $47,152.04 |
| | | INTERNAL REVENUE SERVICE/UNITED STATES TREASURY | Taxes $11,599.65 and interest $33.39   ($11,633.04) | 2810-000 | | | |
| | | INTERNAL REVENUE SERVICE/UNITED STATES TREASURY | ($54.10) | 2810-000 | | | |
| | | | Page Subtotals: | | $95,904.37 | $48,752.33 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101

Case Name: OLD AGENCY BUSINESS PARK, INC.

Taxpayer ID No: XX-XXX2799

For Period Ending: 09/14/2017

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0735

Checking Account

Blanket Bond (per case limit): $31,981,268.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/12 | 1005 | MISSISSIPPI STATE TAX COMMISSION BANKRUPTCY SECTION P. O. BOX 22808 JACKSON, MS 39225-2808 | Post petition taxes per Court Order 01/30/12. EIN 90-0112799 | | | $7,510.28 | $39,641.76 |
| | | MISSISSIPPI STATE TAX COMMISSION | Taxes $5,510.00 and interest ($6,647.32) $1,137.32 | 2820-000 | | | |
| | | MISSISSIPPI STATE TAX COMMISSION | Penalty ($862.96) | 2820-000 | | | |
| 02/09/12 | 1006 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Bond Premium per Court Order 02/09/12 | 2300-000 | | $67.30 | $39,574.46 |
| 02/27/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $142.58 | $39,431.88 |
| 03/26/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $113.08 | $39,318.80 |
| 04/25/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $95.87 | $39,222.93 |
| 05/25/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $95.87 | $39,127.06 |
| 06/06/12 | 1007 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Attorney for Trustee Fees & Expenses per Court Order 06/05/12 | | | $1,998.42 | $37,128.64 |
| | | DEREK A. HENDERSON | ($1,663.99) | 3110-000 | | | |
| | | DEREK A. HENDERSON | ($334.43) | 3120-000 | | | |
| 06/25/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $95.87 | $37,032.77 |
| 07/25/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $90.96 | $36,941.81 |
| 08/27/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $90.96 | $36,850.85 |
| 09/25/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $88.50 | $36,762.35 |
| 10/24/12 | 1008 | INTERNAL REVENUE SERVICE/UNITED STATES TREASURY | Additional taxes due from 2010 | 2810-000 | | $1,831.00 | $34,931.35 |

Page Subtotals: $0.00 $12,220.69

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101                                                                 Trustee Name: DEREK A. HENDERSON          **Exhibit 9**
Case Name: OLD AGENCY BUSINESS PARK, INC.                                          Bank Name: Union Bank
                                                                                   Account Number/CD#: XXXXXX0735
                                                                                   Checking Account
Taxpayer ID No: XX-XXX2799                                                          Blanket Bond (per case limit): $31,981,268.00
For Period Ending: 09/14/2017                                                      Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $88.50 | $34,842.85 |
| 11/26/12 | | UNION BANK OF CALIFORNIA | BANK SERVICES FEE (CHK) | 2600-000 | | $46.61 | $34,796.24 |
| 12/26/12 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $42.83 | $34,753.41 |
| 01/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.20 | $34,709.21 |
| 02/25/13 | 1009 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | Bond Payment per Court Order 02/25/13 | 2300-000 | | $34.04 | $34,675.17 |
| 02/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.26 | $34,630.91 |
| 03/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $46.58 | $34,584.33 |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $51.46 | $34,532.87 |
| 05/28/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $49.73 | $34,483.14 |
| 06/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $51.32 | $34,431.82 |
| 07/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $49.58 | $34,382.24 |
| 08/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $51.16 | $34,331.08 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $51.09 | $34,279.99 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $49.36 | $34,230.63 |
| 11/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $50.93 | $34,179.70 |
| 12/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $49.22 | $34,130.48 |
| 01/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $50.79 | $34,079.69 |

Page Subtotals:                                                                                                    $0.00          $851.66

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101

Case Name: OLD AGENCY BUSINESS PARK, INC.

Taxpayer ID No: XX-XXX2799

For Period Ending: 09/14/2017

Trustee Name: DEREK A. HENDERSON

Bank Name: Union Bank

Account Number/CD#: XXXXXX0735

Checking Account

Blanket Bond (per case limit): $31,981,268.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/14 | 1010 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Attorney for Trustee Fees and Expenses per Court Order 02/18/14. | | | $3,484.70 | $30,594.99 |
| | | DEREK A. HENDERSON | Attorney for Trustee Fees ($3,450.00) | 3110-000 | | | |
| | | DEREK A. HENDERSON | Attorney for Trustee Expenses ($34.70) | 3120-000 | | | |
| 02/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $50.72 | $30,544.27 |
| 03/10/14 | 1011 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | Trustee Bond per Court Order 03/06/14 | 2300-000 | | $30.67 | $30,513.60 |
| 03/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $45.24 | $30,468.36 |
| 04/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $45.36 | $30,423.00 |
| 06/11/14 | 1012 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS 39216 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | $30,423.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $95,904.37 | $95,904.37 |
| Less: Bank Transfers/CD's | $95,904.37 | $0.00 |
| Subtotal | $0.00 | $95,904.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $95,904.37 |

Page Subtotals:                    $0.00          $34,079.69

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101                                                                    Trustee Name: DEREK A. HENDERSON          Exhibit 9
Case Name: OLD AGENCY BUSINESS PARK, INC.                                            Bank Name: Union Bank
                                                                                     Account Number/CD#: XXXXXX0964
                                                                                     Checking
Taxpayer ID No: XX-XXX2799                                                            Blanket Bond (per case limit): $31,981,268.00
For Period Ending: 09/14/2017                                                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/15 | 16 | J. Walter Michel, III<br>2660 Ridgewood, Rd., Ste. 101<br>Jackson, MS 39216 | Title Work paid by Buyer | 1210-000 | $4,295.00 | | $4,295.00 |
| 03/30/15 | 16 | Watkins & Eager PLLC<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Title Work paid by Buyer | 1210-000 | $4,295.00 | | $8,590.00 |
| 03/30/15 | | J. Walter Michel, III<br>2660 Ridgewood Rd., Ste. 101<br>Jackson, MS 39216 | Sale of Floodway Property | | $2,500.00 | | $11,090.00 |
| | | | Gross Receipts | $20,000.00 | | | |
| | | City/Town Taxes | | $0.00 | 2820-000 | | |
| | | Watkins & Eager PLLC | | ($250.00) | 3220-000 | | |
| | | RECORDING FEES | | $0.00 | 2500-000 | | |
| | | T. E. McDonald | | ($6,500.00) | 2500-000 | | |
| | | Madison County Chancery Clerk | | ($4,053.25) | 2820-000 | | |
| | | Madison County Chancery Clerk | | ($91.66) | 2820-000 | | |
| | | DEREK A. HENDERSON<br>1765-A LELIA DRIVE, SUITE 103<br>JACKSON, MS 39216 | | ($2,227.70) | 3120-000 | | |
| | | Watkins & Eager PLLC | | ($3,600.00) | 3210-000 | | |
| | | City/Town Taxes | | ($765.39) | 2820-000 | | |
| | | RECORDING FEES | | ($12.00) | 2500-000 | | |
| | 15 | | Floodway Property | $20,000.00 | 1210-000 | | |
| 03/30/15 | 16 | J. Walter Michel, III<br>2660 Ridgewood, Rd., Ste. 101<br>Jackson, MS 39216 | Title Work paid by Buyer<br>Reversal<br>Incorrect Name on Deposit | 1210-000 | ($4,295.00) | | $6,795.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*                    Page Subtotals:                    $6,795.00          $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04101                                                          Trustee Name: DEREK A. HENDERSON                    Exhibit 9
Case Name: OLD AGENCY BUSINESS PARK, INC.                                  Bank Name: Union Bank
                                                                           Account Number/CD#: XXXXXX0964
                                                                           Checking
Taxpayer ID No: XX-XXX2799                                                  Blanket Bond (per case limit): $31,981,268.00
For Period Ending: 09/14/2017                                              Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/16 | 2001 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | Attorney for Trustee Fees and Expenses per Court Order 02/08/16 | | | $1,932.16 | $4,862.84 |
| | | DEREK A. HENDERSON | Attorney for Trustee Fees            ($1,762.50) | 3110-000 | | | |
| | | DEREK A. HENDERSON | Attorney for Trustee Expenses          ($169.66) | 3120-000 | | | |
| 02/11/16 | 2002 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | Reimbursement for title work per Court Order 02/08/16. | 3120-000 | | $4,295.00 | $567.84 |
| 02/20/17 | 2003 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | 2017 Blanket Bond per Court Order 02/15/17. | 2300-000 | | $0.19 | $567.65 |
| 05/24/17 | | Jones Walker LLP 201 Saint Charles Ave., Fl 48 New Orleans, LA  70170-1000 | Sale of 3.0 Acres on Highland Colony Parkway (Citizens Bank) | | $29,352.37 | | $29,920.02 |
| | | | Sale of 3.0 Acres on Highland        $729,781.65 Colony Parkway (Citizens Bank) | 1110-000 | | | |
| | | Proration of 2017 Taxes - Parcel No. 071G-25A-001/10. 00 | Proration of 2017 Taxes              ($1,555.24) | 2820-000 | | | |
| | | Payoff of Loan | Payoff of loan                    ($652,281.65) | 4110-000 | | | |
| | | TAYLOR AUCTION & REALTY, INC. 15229 HWY. 51 NORTH GRENADA, MS  38901 | Auction Fees                        ($32,250.00) | 3610-000 | | | |
| | | TAYLOR AUCTION & REALTY, INC. 15229 HWY. 51 NORTH GRENADA, MS  38901 | Marketing and Advertising Expenses   ($9,969.29) | 3620-000 | | | |
| | | Madison County Tax Collector | Payment of 2016 Taxes               ($4,373.10) | 2820-000 | | | |
| 08/09/17 | 2004 | DEREK A. HENDERSON 1765-A LELIA DRIVE, SUITE 103 JACKSON, MS  39216 | Final distribution representing a payment of 26.36 % per court order 08/09/17 (Dkt. #166). | 2100-000 | | $29,920.02 | $0.00 |

COLUMN TOTALS                    $36,147.37      $36,147.37

Page Subtotals:                  $29,352.37      $36,147.37

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,147.37 | $36,147.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,147.37 | $36,147.37 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0727 - Money Market Account | $100,036.21 | $4,131.84 | $0.00 |
| XXXXXX0735 - Checking Account | $0.00 | $95,904.37 | $0.00 |
| XXXXXX0964 - Checking | $36,147.37 | $36,147.37 | $0.00 |
| | $136,183.58 | $136,183.58 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $2,873,039.76 |
| Total Net Deposits: | $136,183.58 |
| Total Gross Receipts: | $3,009,223.34 |

Page Subtotals:                                    $0.00                $0.00